AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| JAYLYN BULLOCK | ) Case No. 2:24-mj-171 |
| | ) |
| Defendant(s) | ) |

FILED
OCT 23 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **August 18, 2024** in the county of **Norfolk** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Images depicting Minors Engaging in Sexually Explicit Conduct |
| 18 U.S.C. § 2252(a)(2) | Receipt of Images Depicting Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*/s/ Matthew J. Heck*
Reviewed by AUSA/SAUSA:
Matthew J. Heck, AUSA

_____
*Complainant's signature*

FBI Special Agent David J. Desy
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2024

_____
*Judge's signature*

City and state: Norfolk, Virginia

United States Magistrate Judge Douglas E. Miller
*Printed name and title*