## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Special Agent David J. Desy, being duly sworn and deposed, states as follows:

### INTRODUCTION

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since March of 2004. I am currently assigned to Norfolk Field Office's Child Exploitation Task Force. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training in forensic software/hardware, child/adolescent interviewing, computer design and networking, computer intrusion investigations, asset forfeiture, informant development, surveillance, case management, victim advocacy and everyday work relating to conducting these types of investigations. I have received training in the areas of child pornography (CP) and child exploitation (CE). As such, I have had the opportunity to observe and review numerous examples of CP (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also received training and conducted investigations involving multiple peer-to-peer networks, including Freenet, the Darkweb, The Onion Router (TOR), and other online methods of distributing and receiving CP. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252 and 2252A. I am authorized by law to request a search warrant and have obtained and participated in the execution of numerous search warrants resulting in the seizure of computers, electronic media, and other items evidencing violations of state and federal laws including the above CE offenses.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being made in support of a criminal complaint and application for an arrest warrant for **JAYLYN BULLOCK** who is suspected of violating 18 U.S.C. §§ 2252(a)(4)(B) (possession of visual depictions depicting minors engaging in sexually explicit conduct) and 2252(a)(2) (receipt of visual depictions depicting minors engaging in sexually explicit conduct); offenses which occurred in the Eastern District of Virginia and elsewhere.

### BACKGROUND OF THE INVESTIGATIVE TEAM

4. This ongoing investigation is being conducted by the FBI and Norfolk Police Department (NPD). The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team." The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement agents.

## PERTINENT FEDERAL CRIMINAL STATUTES

5. This Court has jurisdiction to issue the requested warrant pursuant to 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A) as a "court of competent jurisdiction." 18 U.S.C. § 2711(3)(A)(i).

6. 18 U.S.C. § 2252(a)(2) prohibits any person from knowingly distributing/receiving any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

7. 18 U.S.C. § 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

8. Since this affidavit is being submitted only for the limited purpose of securing authorization for a criminal complaint and arrest warrant, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

9. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCUMSTANCES

10. Based on the facts set out in this affidavit, there is probable cause to believe that ~~a resident of the~~ JAYLYN BULLOCK possessed and received images depicting minors engaging in sexually explicit conduct on or about August 18, 2024.

11. On August 27, 2024, Norfolk Police Department (NPD) received Cyber Tip #197905956 from the National Center for Missing and Exploited Children (NCMEC) regarding an individual uploading over 100 suspected child sexual abuse material (CSAM) files to a Dropbox account. 89 of these images and videos were later identified by NCMEC as coming from two known child pornography (CP) series. The Dropbox account information included the following:

      a. Email: jaylynperryXX@gmail.com

      b. Screen/User Name: Jaylyn Perry

      c. User ID: 709239243

      d. IP Address: 2600:8805:1817:cc00:64cc:a23:c09a:10e2 on 08/19/2024 at 19:37:39 UTC

12. NPD obtained a search warrant for the above Dropbox account. The results included 10 folders containing over 500 explicit images and videos of young black males, some of which were the same and those submitted by Dropbox to NCMEC. Many of the males appear to be teenagers in the 13 to 16-year-old range.

13. NPD also submitted a preservation request to Google for the email account: jaylynperryXX@gmail.com and later submitted a search warrant for the same account. The results of this warrant included the following relevant information:

      a. Recovery Email: bullockjaylynX@gmail.com
      b. Recovery SMS: +1 XXX XXX-8208
      c. Users:

          jaylynbullockXX@gmail.com
          LucybabeXX@gmail.com
          JaylynperryXX@gmail.com
          JjpopXX@gmail.com

14. The search warrant results for the Google account: jaylynperryXX@gmail.com also included multiple images of **JAYLYN BULLOCK**.

15. NPD identified via law enforcement database checks that telephone number XXX-XXX-8208 was associated with **JAYLYN BULLOCK**, and a date of birth and Social Security number that match that of **JAYLYN BULLOCK**.

16. Department of Motor Vehicles (DMV) checks identified that **JAYLYN DASANI MIKI BULLOCK** resides at an address in Norfolk, Virginia.

17. Another law enforcement database lists **JAYLYN BULLOCK's** current address as the same address in Norfolk, Virginia, except it includes that BULLOCK resides in Duplex A at that address.

18. Norfolk, Virginia is located in the Eastern District of Virginia.

19. NPD contact FBI Norfolk because there was concern that **JAYLYN BULLOCK** may be the older male offender in some of the CSAM videos on his Dropbox account.

20. NPD sent an administrative subpoena to Cox Communications for the above IP Address used to upload the CSAM to Dropbox and the results identified a residential address Norfolk, Virginia that matches the address described in paragraph 17 of this complaint.

21. On October 2, 2024, surveillance of the that address identified a black male believed to be Jaylyn Bullock taking out the trash at approximately 3:42 p.m. Surveillance also noted the subject's father at the residence multiple times that day. The adult ~~younger~~ brother of Jaylyn also resides at the residence. MJH AJA DW

## CONCLUSION

22. Based on the information contained herein, I submit that there is probable cause to believe that on from on or about August 18, 2024, BULLOCK committed violations of ~~committed a violation of~~ 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
David J. Desy, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me
On this  23rd  day of October 2024

_____
United States Magistrate Judge
Norfolk, Virginia

Douglas E. Miller
United States Magistrate Judge

4